JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN ACQUISITION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | Case No. SACV 09-00598 JVS (MLGx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

Complaint Filed: April 16, 2009
Trial Date: None Set

Pursuant to the Parties' "Stipulation of Voluntary Dismissal of Entire Action Without Prejudice," IT IS HEREBY ORDERED the above-captioned action is dismissed in its entirety without prejudice. Each Party shall bear its own respective attorneys' fees and costs.

Dated: April 20, 2010

_____
James V. Selna
Judge of the United States District Court